# Court of Appeals
# of the State of Georgia

ATLANTA,_ June 11, 2025 _____

*The Court of Appeals hereby passes the following order:*

**A25E0132.  DORIS PROMAN et al. v. ANDREW S. JOHNSON, JUDGE et al.**

Upon consideration of Doris and Glenn Proman's petition "to issue a stay of execution and to hear their 'case in full,'" which we have construed as an emergency motion pursuant to Court of Appeals Rule 40 (b), the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/11/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*